IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 7 |
|---|---|
| JOHN MICHAEL JOHNSON and YOLANDA YVONNE JOHNSON, | Case No. 2:07-bk-06248-SSC |
| Debtors. | |
| HENRY GATES, Plaintiff, vs. JOHN MICHAEL JOHNSON and YOLANDA YVONNE JOHNSON, Defendants. | Adversary No. 2:08-ap-00189-SSC **ORDER INCORPORATION MEMORANDUM DECISION** |

      Based upon this Court's Memorandum Decision dated October 21, 2008, which is incorporated herein by reference:

      The Court finds that the Plaintiff has not met his burden of proof under 11 U.S.C. § 523(a)(2), (4), and (6). Therefore, the entire debt owed to the Plaintiff is discharged.

DATED this 21th day of October, 2008.

1
2
3
4   _____
    Honorable Sarah Sharer Curley
5   United States Bankruptcy Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2